JONATHAN Y. SHIN, ESQ. (Bar #322440)
**SHIN LAW GROUP, APC**
9210 Irvine Center Drive
Irvine, CA 92630
T: 949-340-1777
F: 949-858-0188
E: jshin@shinlawpc.com; kcook@shinlawpc.com; admin@shinlawpc.com

Attorney for Plaintiff, SARAH OH, an Individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH OH, an Individual,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES POSTAL SERVICE, a Government Entity; UNITED STATES OF AMERICA, a Government Entity; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Docket No.:<br><br>**COMPLAINT FOR DAMAGES:**<br><br>**1. Negligence -- Auto** |

1.     Plaintiff, SARAH OH (herein after "Plaintiff"), pursuant to Federal Torts Claims Act 28 U.S.C. §§ 2671-2680, seeks compensatory damages arising from Defendant UNITED STATES POST OFFICE's and UNITED STATES OF AMERICA's (hereinafter "Defendants") negligence in failing to adhere to the prevailing professional standard of duty which is generally recognized as acceptable and appropriate by reasonably prudent similar entities.

**JURISDICTION**

2.     This Court has jurisdiction of this matter where Plaintiff is a resident of the County of Los Angeles in the Central District of California and the United States Postal Service and the United States of America are Defendants in this action.

3. Jurisdiction founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. § 2671, *et. seq.*

4. This Court further has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1346(b) in that this is a claim against the Defendant UNITED STATES OF AMERICA, for money damages, accruing on or after January 1, 1945, for personal injury caused by the negligent and wrongful acts and omissions of employees of the Government while acting within the course and scope of their office or employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.

5. This action is timely pursuant to 28 U.S.C. § 2401(b) in that it was presented to the appropriate federal agency within two years of accrual and Government Code § 911.2(a) in that this action was filed within six months after the accrual of the subject incident.

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c), as Defendants do business in this judicial district and the events giving rise to the claims occurred in this judicial district.

**PARTIES**

7. Plaintiff, SARAH OH, is a resident of the County of Los Angeles in the Central District of California and at all times relevant herein was residing in the County of Los Angeles.

8. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, Defendant UNITED STATES OF AMERICA, employed, hired, directed, managed, and or supervised Defendant UNITES STATES POSTAL SERVICE.

9. Plaintiff is informed and believes, and thereon alleges Defendant, UNITED STATES POSTAL SERVICE (hereinafter "USPS"), is a government entity who at all times relevant herein was a resident of the Central District of California, and at all times relevant herein was residing in the Central District of California. Plaintiff is informed and believes, and thereon alleges, that Defendant UNITED STATES POSTAL SERVICE was the agent and employee of the UNITED STATES OF AMERICA, and in doing all of the things herein mentioned was acting

within the scope of their authority and employment as such agent and employee, and with the permission and consent of Defendant UNITED STATES OF AMERICA.

10. The true names and capacities of defendants sued herein as DOES 1 through 20, Inclusive, are unknown to Plaintiff who hereby sues such defendants by such fictitious names. Each of the defendants named herein as a DOE is in some manner responsible for the events sued upon. Plaintiff will amend this complaint to insert the true names and capacities of each DOE defendant when and if ascertained.

11. Plaintiff is informed and believes and thereon alleges that each named defendant and those defendants sued herein by such fictitious names were the agents, employees, and servants of every other defendant herein, and each of them, and were at all times herein relevant, acting within the scope of their employment and agency relationship.

## FIRST CAUSE OF ACTION OF SARAH OH AGAINST ALL DEFENDANTS FOR NEGLIGENCE

12. Plaintiff realleges and incorporates each and every allegation contained in paragraphs 2 through 6 as though fully set forth herein.

13. On or about August 18, 2023 at 5:35p.m., Plaintiff was driving her motor vehicle at the intersection of Pico Boulevard and Berendo Street in the City of Los Angeles, County of Los Angeles. Plaintiff's vehicle was stationary as she was halted in preparation to make a left-hand turn, when Defendant UNITED STATES POSTAL SERVICE, suddenly struck Plaintiff's stationary vehicle from behind.

14. At that time and place, each of the Defendants so negligently and carelessly entrusted, drove, operated, controlled, managed, supervised, and maintained their motor vehicle so as to cause it to collide with Plaintiff's vehicle. The force of the impact caused Plaintiff's body to twist and torque against the interior of her motor vehicle.

15. Defendants owed a duty to Plaintiff to properly and safely operate their vehicle so as not to cause a collision between Defendant UNITED STATES POSTAL SERVICE's vehicle and Plaintiff's vehicle.

16. Defendants breached their duty to Plaintiff when Defendant UNITED STATES POSTAL SERVICE collided into Plaintiff's stationary vehicle.

17. It was foreseeable to Defendants that as a result of their breach of duty to Plaintiff that such breach would result in serious bodily injury to Plaintiff.

18. Plaintiff is informed and believes and on this basis alleges that Defendants violated California Vehicle Code Section § 22350, which states: "No person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property." Defendants' violation of this code section, among others, was a direct and legal cause of Plaintiff's injuries. Defendant UNITED STATES POSTAL SERVICE was aware that failing to adhere to speed laws risked causing a collision with oncoming traffic.

19. As a direct result of Defendant UNITED STATES POSTAL SERVICE's violation of California Vehicle Code Section § 22350, Defendants' negligence in causing the collision shall be presumed a matter of law.

20. As a direct and proximate result of the negligence of each of the Defendants, and their breach of duty to Plaintiff, Plaintiff was injured in her health, strength, and activity, sustaining permanent bodily injury and damage and shock to her mental and nervous system, which injuries have caused and continue to cause great mental, physical, and emotional pain and suffering, loss of quality of life, mental anguish, inconvenience, fear, and loss of enjoyment of life, all to Plaintiff's damage in an amount according to proof at trial.

21. As a direct and proximate result of the negligence of each of the Defendants, and their breach of duty to Plaintiff, Plaintiff has incurred and will continue to incur medical, hospital and other related expenses, all to Plaintiff's damage in an amount according to proof at trial.

22. Under the Federal Tort Claims Act, the UNITED STATES OF AMERICA is liable for its acts of negligence "in the same manner and to the same extent as a private" defendant would be under California law. 28 U.S.C. § § 1346 and 2674.

23. As Defendant UNITED STATES POSTAL SERVICE was operating their vehicle in the normal course and scope of their employment with the UNITED STATES OF AMERICA,

and used the same vehicle as a means to perform his job duties, the UNITED STATES OF AMERICA is liable for damages caused by Defendant UNITED STATES POSTAL SERVICE's negligent operation of their vehicle.

24. Pursuant to Government Code § 911.2(a) "A claim relating to a cause of action for death or for injury to person or to personal property or growing crops shall be presented as provided in Article 2 (commencing with § 915) not later than six months after the accrual of the cause of action. A claim relating to any other cause of action shall be presented as provided in Article 2 (commencing with § 915) not later than one yar after the accrual of the cause of action. Therefore, on January 24, 2024, Plaintiff filed a complete administrative "Claim for Damage, Injury, or Death", which was received by the Chief Counsel of Torts for the United States Postal Service Tort Center in accordance with the requirements of U.S.C. § 2675(a) of the Federal Tort Claims Act. A copy of the Claim for Damage, Injury, or Death is attached hereto and fully incorporated herein as **Exhibit A**. To date, the claim was never rejected. This lawsuit was then timely filed.

WHEREFORE, Plaintiff prays for damages against all Defendants as follows:

1. For actual and special damages according to proof at the time of trial;
2. Damages for medical and related expenses according to proof;
3. Interest according to law;
4. For costs of suit herein incurred; and
5. Such other and further relief as the Court deems just and proper.

Dated: 2/15/2024                                    SHIN LAW GROUP, APC

                                                    By: _____
                                                        JONATHAN Y. SHIN
                                                        Attorney for Plaintiff, SARAH OH

# Exhibit A

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| USPS | Sarah Oh, 1131 South Bronson Room 301 Los Angeles, 90019, c/o Shin Law Group, APC, 9210 Irvine Center Drive, Irvine, CA 92618 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| [ ] MILITARY  [X] CIVILIAN | 05/09/1996 | Single | 08/18/2023  Friday | 5:35 PM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On 8/18/2023 at 5:35 PM, Claimant was driving her motor vehicle at the intersection of Pico Boulevard and Berendo Street in Los Angeles, CA 90006 when a USPS driver suddenly struck her vehicle from behind. Claimant has been attempting to reach the USPS supervisor whose contact information she was given to speak with someone from the USPS claims department but has been unable to reach anyone. As a result of this incident, Claimant has incurred medical expenses and continues to incur medical expenses.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Enterprise Rent-A-Car Company of Los Angeles, LLC.; 1234 S. La Brea Ave., Los Angeles, CA 90019, T: 323-932-6085

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Rear of Claimant's rental vehicle was damaged. The vehicle was a 2021 Nissan Altima with the Idaho license plate 1A147NX. The vehicle is at Enterprise Rent-A-Car Company of Los Angeles, LLC., 1234 S. La Brea Ave., Los Angeles, CA 90019.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Injuries to the neck and back. Claimant has received MRI imaging studies, chiropractic care, and is currently in pain management care.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| NONE | NONE |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| UNKNOWN | 8,205.00 | 0.00 | 8,205.00 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Jonathan Shin, Esq.* | 949-340-1777 | 01/24/2024 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

State Farm Mutual Automobile Insurance Company, P.O. Box 2358 Bloomington, IL 61702; Policy Number 7047895E3175B

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No

17. If deductible, state amount.

Claimant has opened a claim with Enterprise for property damage for their rental car she was operating at the time, and opened a claim with her auto insurance provider, State Farm.

1,000.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Claimant opened a claim with Enterprise for property damage only (claim no. 20081419) and opened a claim with her auto insurance provider, State Farm for property damage (claim no. 7553T668g) and bodily injury (claim no. 7554T600Q). Claimant also opened a claim with USPS (9002300593300A).

19. Do you carry public liability and property damage insurance? [X] Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

State Farm Mutual Automobile Insurance Company, P.O. Box 2358 Bloomington, IL 61702; Policy Number 7047895E3175B

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**



## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief Counsel, Torts, General Law Service Center, USPS National Tort Center, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948

9590 9402 7704 2122 6268 12

2. Article Number (Transfer from service label)

7018 0360 0000 1867 1022

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 30 2024
ST. LOUIS, MO 63155

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 7704 2122 6268 12

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Shih Law Group
9210 Irvine Center Drive
Irvine, CA. 92618